FILED

JUN 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

JUDICIAL WATCH, INC.        )
                            )
                            )
            Plaintiff       )     Civ   CASE NUMBER   1:06CV01135
    vs                      )
                            )           JUDGE: Paul L. Friedman
FEDERAL BUREAU OF           )
INVESTIGATION               )           DECK TYPE: TRO/Preliminary Injunction
                            )
            Defendant       )           DATE STAMP: 06/22/2006

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Judicial Watch, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Judicial Watch, Inc.__ which have any outstanding securities in the hands of the public:


These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Paul J. Orfanedes_
Signature

__429716__
BAR IDENTIFICATION NO.

Paul J. Orfanedes
Print Name

501 School Street, SW, Suite 500
Address

Washington     DC        20024
City           State     Zip Code

(202) 646-5172
Phone Number

