IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| JUDICIAL WATCH, INC.<br>501 School Street, S.W., Suite 500<br>Washington, DC 20024,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION<br>935 Pennsylvania Avenue, NW<br>Washington, DC 20535<br><br>　　　　　Defendant. | Civil Action No.<br><br>CASE NUMBER 1:06CV01135<br>JUDGE: Paul L. Friedman<br>DECK TYPE: TRO/Preliminary Injunction<br>DATE STAMP: 06/22/2006 |

## PLAINTIFF'S REQUEST FOR HEARING; STATEMENT OF FACTS IN SUPPORT OF SAME

Plaintiff Judicial Watch, Inc. ("Judicial Watch"), by counsel and pursuant to LCvR 65.1(d), respectfully requests that the Court hold a hearing on Judicial Watch's application for a preliminary injunction within twenty (20) days. In support of this request, Judicial Watch submits the following statement of facts.

　　1.　　Judicial Watch has been attempting to secure the release of certain videotapes in the possession of Defendant Federal Bureau of Investigation ("FBI") since December 15, 2004. *See* Affidavit of Christopher J. Farrell, attached as Exhibit 1 to Plaintiff's Application for a Preliminary Injunction ("Farrell Affidavit") at ¶ 2. The videotapes at issue depict Flight 77 striking the Pentagon on September 11, 2001. *Id.* Judicial Watch requested that the FBI produce the videotapes pursuant to the Freedom of Information Act ("FOIA") on December 15, 2004. *Id.*



2.	The FBI not only failed to produce the videotapes to Judicial Watch, citing on-going law enforcement proceedings associated with the September 11, 2001 attacks and FOIA Exemption 7(A), but, for more than a year, has failed to issue a determination on an administrative appeal taken by Judicial Watch on April 4, 2005. *Id.* at ¶¶ 3-8.

3.	On or about May 5, 2006, shortly after the conclusion of the trial of Zacarias Moussaoui, this Court ordered the FBI and the U.S. Department of Justice in a related matter, *Bingham v. U.S. Dep't of Justice, et al.*, Case No. 05-0475 (PLF), to show cause why a motion for summary judgment the defendants had filed invoking FOIA Exemption 7(A) with respect to these same tapes should not be denied as moot in light of the end of the criminal proceedings against Moussaoui. *See* May 5, 2006 Order (Docket No. 17).

4.	To date, the defendants in the *Bingham* matter have failed to file a response to the Court's show cause order.

5.	There is tremendous public interest in viewing the tapes at issue, as demonstrated by the fact that, since Judicial Watch obtained a similar videotape from the U.S. Department of Defense on May 16, 2006, the tape has been viewed more than 1.5 million times on "YouTube," an internet-based media company that Judicial Watch arranged to host the tape, and an additional 750,000 viewers have seen the tape on Judicial Watch's website. *See* Farrell Affidavit at ¶ 9.

6.	As Judicial Watch has a statutory right to the tapes at issue under FOIA and there no longer is any legal justification or excuse for the FBI's failure to make the tapes publicly available, there is no reason to delay production of the videotapes any longer, and Judicial Watch's application for a preliminary injunction should be heard at the earliest practicable date.

Respectfully submitted,

JUDICIAL WATCH, INC.

*/s/ Paul J. Orfanedes*
Paul J. Orfanedes
D.C. Bar No. 429716
Suite 500
501 School Street, S.W.
Washington, DC 20024
(202) 646-5172

Attorneys for Plaintiff