IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06cv1135 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF | ) | |
| INVESTIGATION | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that JONATHAN E. ZIMMERMAN, of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as a counsel of record for Defendant Federal Bureau of Investigation.

Dated: July 10, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
KENNETH L. WAINSTEIN
United States Attorney
ELIZABETH J. SHAPIRO (D.C. Bar #418925)
Assistant Director

    s/ Jonathan E. Zimmerman
JONATHAN E. ZIMMERMAN
MA Bar No. 654255
Trial Attorney
Civil Division - Federal Programs Branch
U.S. Department of Justice
20 Massachusetts Ave., N.W. Room 6134
Washington, D.C. 20530
Phone: (202) 353-0441
Fax: (202) 318-7610
Email: jonathan.zimmerman@usdoj.gov

*Attorneys for Defendant*