IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>　　　　Plaintiff, )<br>  )<br>v.　　　　　　　　　　　　　　　　)<br>  )<br>FEDERAL BUREAU OF )<br>INVESTIGATION, )<br>　　　　Defendant. )<br>  ) | Civil Action No. 06CV1135 (PLF) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Fed. R. Civ. P. 6(b), defendant, the United States Department of Defense ("DoD"), through undersigned counsel, hereby moves for a 7 day extension of time, until July 20, 2006, to respond to plaintiff's application for a preliminary injunction. Undersigned counsel contacted Plaintiff's counsel pursuant to L. R. Civ. P. 7(m) and was informed that plaintiff does not oppose this motion. This is the first extension of time defendant has sought in this matter.

Defendant's response to plaintiff's application for a preliminary injunction is currently due on July 13, 2006. Defendant, however, believes that a one week extension of time in which to respond to plaintiff's application for a preliminary injunction will permit defendant to complete the remaining review of the requested materials and will likely result in the release of all requested materials in defendant's possession, thereby mooting plaintiff's application for a preliminary injunction.

On June 22, 2006, plaintiff filed a complaint seeking four (4) videotapes purportedly showing the Pentagon at the time it was attacked on September 11, 2001:

(1)　　Video camera recording(s) obtained by federal official(s) and/or law enforcement

        from the Sheraton National Hotel in Arlington, Virginia, on or about September 11, 2001.

(2)    Video camera recording(s) obtained by any federal official(s) and/or law enforcement from a Nexcomm/Citgo gas station in the vicinity of the Pentagon on or about September 11, 2001.

(3)    Pentagon security camera recording(s) showing Flight 77 strike and/or hit and/or crash into the Pentagon on September 11, 2001.

(4)    Closed Circuit Television (CCTV) video camera recording(s) obtained by any federal official(s) and/or law enforcement from the Virginia Department of Transportation ("VDOT") and/or the VDOT "Smart Traffic Center" on or about September 11, 2001.

*See* Compl. at 2. Plaintiff served defendant with an application for a preliminary injunction ordering the release of these tapes on July 6, 2006. Of the requested videotapes, one has already been released to plaintiff, two are not know to exist or to be in defendant's possession, and the remaining tape is in the final stages of review.

      A copy of videotape number 3, the Pentagon security camera tape, has already been released to plaintiff in a different case, *see Judicial Watch v. Department of Defense*, Case No. 06-cv-309 (D.D.C.), and another copy of this videotape was released in the case *Scott Bingham v. DOJ et al.*, Case No. 05-cv-0475 (D.D.C.). Videotapes 1 and 4 – which purportedly consist of images taken by a video camera at the Sheraton Hotel in Arlington, VA, and by cameras maintained by the "Virginia Department of Transportation ('VDOT') and/or the VDOT 'Smart Traffic Center'"– are not known to exist or to be in the possession of defendant, and therefore

cannot be released by defendant. That leaves only videotape number 2. That videotape, taken by a camera at a "Nexcomm/Citgo gas station in the vicinity of the Pentagon," is currently in the final stages of review. Barring any privacy concerns that may arise should individuals be clearly visible on the recording, defendant intends to release the Nexcomm/Citgo gas station tape as soon as the final review can be completed. A one week extension of time will allow defendant to complete the review of this videotape, and barring any privacy concerns, will likely result in the release of that videotape, thereby mooting plaintiff's application for a preliminary injunction.

WHEREFORE, defendant respectfully requests that this Court grant a seven day extension of time to respond to plaintiff's application for a preliminary injunction in the above captioned case.

Dated: July 11, 2006                    Respectfully submitted,

                                        PETER D. KEISLER
                                        Assistant Attorney General
                                        KENNETH L. WAINSTEIN
                                        United States Attorney
                                        ELIZABETH J. SHAPIRO (D.C. Bar #418925)
                                        Assistant Director

                                                /s/
                                        JONATHAN E. ZIMMERMAN
                                        (MA Bar # 654255)
                                        Trial Attorney
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Ave., N.W., Room 6138
                                        Washington, D.C., 20001
                                        Telephone: (202) 353-0441
                                        Fax: (202) 318-7610
                                        jonathan.zimmerman@usdoj.gov

                                        *Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>   Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF )<br>INVESTIGATION, )<br>   Defendant. )<br>_____) | Civil Action No. 06CV1135 (PLF) |

### ORDER

Upon consideration of defendant's motion for a 7 day extension of time to respond to plaintiff's application for a preliminary injunction, there being no opposition thereto, it is, this _____ day of July, 2006,

ORDERED, that defendant's motion for a 7 day extension of time to respond to plaintiff's application for a preliminary injunction is granted; and it is

FURTHER ORDERED, that defendant shall file an opposition to plaintiff's application for a preliminary injunction, if any, on, or before July 20, 2006.

                       _____
                       Paul L. Friedman
                       United States District Judge