IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF )<br>INVESTIGATION, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-1135 (PLF) |

**STIPULATION AND AGREED ORDER**

Plaintiff Judicial Watch, Inc. and Defendant Federal Bureau of Investigation, by counsel, hereby stipulate and agree as follows:

1. Currently pending before the Court is Plaintiff's application for a preliminary injunction in this Freedom of Information Act ("FOIA") lawsuit. Defendant's response to Plaintiff's application is due on or before Thursday, July 20, 2006.

2. On December 15, 2004, Plaintiff sent a FOIA request to Defendant, by facsimile and by certified U.S. mail, return receipt requested, seeking access to any and all records concerning or relating to the following subjects:

   (1) Video camera recording(s) obtained by federal official(s) and/or law enforcement from the Sheraton National Hotel in Arlington, Virginia, on or about September 11, 2001.

   (2) Video camera recording(s) obtained by any federal official(s) and/or law enforcement from a Nexcomm/Citgo gas station in the vicinity of the Pentagon on or about September 11, 2001.

   (3) Pentagon security video camera recording(s) showing Flight 77 strike and/or hit and/or crash into the Pentagon on September 11, 2001.

    (4)    Closed Circuit Television (CCTV) video camera recording(s) obtained by any federal official(s) and/or law enforcement from the Virginia Department of Transportation ("VDOT") and/or the VDOT "Smart Traffic Center" on or about September 11, 2001.

Plaintiff's December 15, 2004 request also sought a waiver of both search and duplication fees pursuant to 5 U.S.C. § 552(a)(4)(A)(ii)(II) and 5 U.S.C. § 552(a)(4)(A)(iii).

3.    Defendant acknowledges that it is in possession of videotapes responsive to the second and third paragraphs of Plaintiff's FOIA request. Two (2) recordings responsive to paragraph 3 of the request were produced to Plaintiff in other litigation. Although Defendant previously suggested that it was in possession of a videotape responsive to paragraph 4 of the request, it has since determined that it in fact does not possess any such videotape.

4.    Defendant has reviewed the videotape responsive to paragraph 2 of Plaintiff's request and determined that the videotape includes the images of several individuals who appear to be patrons and employees of the Nexcomm/Citgo gas station. Defendant wishes to redact the videotape in order to protect the privacy of these individuals, and Plaintiff does not object to the redaction.

5.    Accordingly, Defendant shall have an additional ninety (90) days, until and including October 18, 2006, in which to complete its redaction of the Nexxcom/Citgo videotape. Upon completion of the redaction, Defendant shall produce the videotape to Plaintiff without any other redactions and without imposing search or duplication fees on Plaintiff in this case.

6.    This action shall be stayed until October 18, 2006, unless the parties notify the Court before that date that the videotape has been produced to Plaintiff.

SO STIPULATED AND AGREED this 19th day of July, 2006.

_____
PAUL J. ORFANEDES
D.C. Bar No. 429716
Judicial Watch, Inc.
Suite 500
501 School Street, S.W.
Washington, DC 20024
Phone: (202) 646-5172
Fax: (202) 646-5199
Email: porfanedes@judicialwatch.org

*Attorneys for Plaintiff*

SO ORDERED.

Dated:

PETER D. KEISLER
Assistant Attorney General
KENNETH L. WAINSTEIN
United States Attorney
ELIZABETH J. SHAPIRO
Assistant Director

_____
JONATHAN E. ZIMMERMAN
MA Bar No. 654255
Trial Attorney
Civil Division -- Federal Programs Branch
U.S. Department of Justice
20 Massachusetts Ave., N.W., Rm. 6134
Washington, DC 20530
Phone: (202) 353-0441
Fax: (202) 318-7610
Email: jonathan.zimmerman@usdoj.gov

*Attorneys for Defendant*

_____
The Hon. Paul L. Friedman, U.S.D.J.