IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.          )
                              )
            Plaintiff,        )    Civil Action No. 06-1135 (PLF)
                              )
v.                            )
                              )
FEDERAL BUREAU OF             )
INVESTIGATION,                )
                              )
            Defendant.        )
_____)

## STIPULATION AND AGREED ORDER

Plaintiff Judicial Watch, Inc., and Defendant Federal Bureau of Investigation (FBI), by counsel, hereby stipulate and agree as follows:

1. On December 15, 2004, Plaintiff sent a FOIA request to Defendant, by facsimile and by certified U.S. mail, return receipt requested, seeking access to any and all records concerning or relating to the following subjects:

    (1) Video camera recording(s) obtained by federal official(s) and/or law enforcement from the Sheraton National Hotel in Arlington, Virginia, on or about September 11, 2001.

    (2) Video camera recording(s) obtained by any federal official(s) and/or law enforcement from a Nexcomm/Citgo gas station in the vicinity of the Pentagon on or about September 11, 2001.

    (3) Pentagon security video camera recording(s) showing Flight 77 strike and/or hit and/or crash into the Pentagon on September 11, 2001.

    (4) Closed Circuit Television (CCTV) video camera recording(s) obtained by any federal official(s) and/or law enforcement from the Virginia Department of Transportation ("VDOT") and/or the VDOT "Smart Traffic Center" on or about September 11, 2001.

Plaintiff's December 15, 2004 request also sought a waiver of both search and duplication fees pursuant to 5 U.S.C. § 552(a)(4)(A)(ii)(II) and 5 U.S.C. § 552(a)(4)(A)(iii).

2.     On July 19, 2006, the parties entered into a stipulation by which Defendant acknowledged that it was in possession of videotapes responsive to the second and third paragraphs of Plaintiff's December 15, 2004 request. Plaintiff and Defendant stipulated and agreed that Defendant shall have until and including October 18, 2006 in which to redact, for privacy reasons, the images of several individuals who appear in the Nexxcom/Citgo videotape responsive to paragraph 2 of Plaintiff's December 15, 2004 request and to produce this videotape to Plaintiff without any other redactions and without imposing any search or duplication fees on Plaintiff in this case. Plaintiff and Defendant further stipulated and agreed that this matter would be stayed until that date. On July 21, 2006, the Court entered a minute order approving the parties' July 19, 2006 stipulation.

5.     On August 3, 2006, Plaintiff amended its Complaint in this action to include a June 29, 2006 FOIA request Plaintiff had served on Defendant seeking the following:

(1)     Video camera recording(s) obtained by federal official(s) and/or law enforcement from the Doubletree Hotel in Arlington, Virginia, showing the Pentagon and/or its environs, to include but not limited to, the impact of American Airlines Fligh 77, on or about September 11, 2001.

Plaintiff's June 29, 2006 request also sought a waiver of both search and duplication fees pursuant to 5 U.S.C. § 552(a)(4)(A)(ii)(II) and 5 U.S.C. § 552(a)(4)(A)(iii).

6.     Defendant acknowledged that it is in possession of a videotape responsive to Plaintiff's June 29, 2006 request, but following review of this videotape determined that it

includes the images of several individuals who appear to be patrons and employees of the Doubletree Hotel.

7. On August 14, 2006, the parties agreed and stipulated that Defendant shall have until and including November 9, 2006 in which to complete its redaction of the Doubletree Hotel videotape and to produce the videotape to Plaintiff without any other redactions and without imposing any search or duplication fees on Plaintiff in this case.

8. Defendant produced to Plaintiff the Citgo/Nexcomm gas station videotape on September 13, 2006. While Defendant has been actively engaged in the redaction of the Doubletree Hotel videotape since August 14, 2006, Defendant requires additional time in order to complete the redactions and produce that videotape to Plaintiff.

9. Accordingly the parties request that the Court extend the stay of this action until December 22, 2006, unless the parties notify the Court before that date that the Doubletree Hotel videotape, the only remaining record to be produced in this case, has been produced to Plaintiff.

SO STIPULATED AND AGREED this 8th day of November, 2006.

/s/ Paul J. Orfanedes
PAUL J. ORFANEDES
D.C. Bar No. 429716
Judicial Watch, Inc.
Suite 500
501 School Street, S.W.
Washington, DC 20024
Phone: (202) 646-5172
Fax: (202) 646-5199
Email: porfanedes@judicialwatch.org

*Attorneys for Plaintiff*

PETER D. KEISLER
Assistant Attorney General
KENNETH L. WAINSTEIN
United States Attorney
ELIZABETH J. SHAPIRO
Assistant Director

/s/ Jonathan E. Zimmerman
JONATHAN E. ZIMMERMAN
MA Bar No. 654255
Trial Attorney
Civil Division -- Federal Programs Branch
U.S. Department of Justice
20 Massachusetts Ave., N.W., Rm. 6134
Washington, DC 20530
Phone: (202) 353-0441
Fax: (202) 318-7610
Email: jonathan.zimmerman@usdoj.gov

*Attorneys for Defendant*

SO ORDERED.

Dated: _____

_____
The Hon. Paul L. Friedman, U.S.D.J.