IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>　　　　Plaintiff, )<br> )<br>　　v. )<br> )<br>FEDERAL BUREAU OF INVESTIGATION, )<br>　　　　Defendant. )<br> ) | Civil Action No. 06-1135 (PLF) |

# EXHIBIT 2

to Defendant's Motion To Dismiss Case As Moot



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

November 28, 2006

Mr. Christopher J. Farrell
Judicial Watch, Inc.
501 School Street, SW, Suite 725
Washington, D.C. 20024

Re: Judicial Watch v. FBI, Civil Action No. 06-1135 (PLF)
Request Number 1010823 / Doubletree Hotel Videotape

Dear Mr. Farrell:

Enclosed, in DVD format, are copies of ten (10) video camera recordings taken from the Doubletree Hotel in Arlington, Virginia on September 11, 2001. This is in response to the Stipulation and Order agreed to by all parties on August 14, 2006.

These DVDs were reproduced from cameras 1 - 9 and 11 comprising the Doubletree Hotel's surveillance system. Originally, it was thought that the system contained eleven cameras; however, it was later determined that a camera was not connected to the #10 input of the system.

Portions of the enclosed video camera recording are exempt from disclosure pursuant to Title 5, United States Code, Section 552, subsections (b)(6) and (b)(7)(C). For an explanation of these exemptions, see enclosed Form OPCA-16a.

1 - Joel D. Miller, OGC
1 - Jonathan Zimmerman, DOJ Civil Division
1 - Jacqueline Maguire, WMFO
1 - John Garvin, TDD
1 - Peggy Bellando, RMD
1 - Litigation Support Unit

DRB:drb (7)

Mr. Christopher J. Farrell

      You have the right to appeal any denials in this release. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U.S. Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

                              Sincerely yours,

                              David M. Hardy
                              Section Chief
                              Record/Information
                              Dissemination Section
                              Records Management Division

Enclosures (11)