IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>　　　　Plaintiff, )<br> )<br>v. )<br> )<br>FEDERAL BUREAU OF INVESTIGATION, )<br>　　　　Defendant. )<br> ) | Civil Action No. 06-1135 (PLF) |

ORDER

Upon consideration of defendant's motion to dismiss, it appearing to the Court that this case is now moot, it is, this _____ day of _____, 2006,

ORDERED, that defendant's motion to dismiss is granted.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Paul L. Friedman
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge