EXHIBIT 1

## ITEMIZATION OF ATTORNEY/PARALEGAL TIME
## IN JUDICIAL WATCH, INC. v. FEDERAL BUREAU OF INVESTIGATION

| Date: | Attorney | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 6/16/06 | D. Wilcox | Legal research re:  FOIA Exemption 7 and standards governing applications for preliminary injunction in the D.C. Circuit; draft application for preliminary injunction, supporting affidavit of CJF, and complaint | 8.00 | $2,440.00 |
| 06/21/06 | P. Orfanedes | Review and revise DLW's draft of application for preliminary injunction; review and revise DLW's draft of supporting affidavit; review and revise complaint; prepare request for hearing and statement of facts in support of same; review local rules re:  preliminary injunction applications; review docket in *Bingham v. DOJ* matter for status; conferences with DFR re: preparing documents for filing | 3.50 | $1,312.50 |
| 06/21/06 | D. Rothstein | Proofread complaint and application for preliminary injunction; conference with PJO re: same; obtained internal case number and check for filing fee from Accounting Dep't | 1.75 | $210.00 |
| 06/22/06 | P. Orfanedes | Review, revise, and finalize FOIA complaint re: Flight 77 videos; conferences with DFR re: filing and serving same; review declarations of FBI officials in *Bingham v. DOJ* matter; conference with CJF re: same; conferences with MC re:  status of FBI's response to administrative appeal and follow-up correspondence | 2.50 | $937.50 |
| 06/22/06 | D. Rothstein | Conducted final review of complaint and application preliminary injunction; filed same; created new case file for same; served same by certified mail | 3.25 | $390.00 |
| 06/29/06 | D. Rothstein | Reviewed docket and delivery status of service copies of complaint and preliminary injunction | 0.50 | $60.00 |
| 07/11/06 | P. Orfanedes | Telephone conference with opposing counsel  re:  potential resolution of litigation and extension of time to respond to application for preliminary injunction; conference with DFR re: status of FOIA request for Doubletree Hotel videotape | 0.25 | $93.75 |
| 07/12/06 | P. Orfanedes | Review Defendant's motion for extension of time; telephone conference with opposing counsel re: possibility of settlement | 0.25 | $93.75 |
| 07/18/06 | P. Orfanedes | Telephone conference with opposing counsel re:  request for 90 days to produce videotape; conference with CJF re:  same | 0.25 | $93.75 |

| Date | Person | Description | Hours | Amount |
|---|---|---|---|---|
| 07/19/06 | P. Orfanedes | Draft joint stipulation and agreed order re: production of videotapes; conference with CJF re: same; exchange e-mail with opposing counsel re: same; finalize, sign, and e-mail same to opposing counsel | 0.75 | $281.25 |
| 08/02/06 | P. Orfanedes | Conference with JBA re: preparation of an Amended Complaint and second application for preliminary injunction; review JBA's draft of Amended Complaint | 0.75 | $281.25 |
| 08/03/06 | P. Orfanedes | Conferences with JBA and DFR re: preparation of second application for a preliminary injunction regarding Doubletree videotape; conference with DFR re: service of Amended Complaint | 0.50 | $187.50 |
| 08/04/06 | D. Rothstein | Draft affidavit of CJF for second application for preliminary injunction | 1.75 | $210.00 |
| 08/08/06 | P. Orfanedes | E-mail to opposing counsel re: "meet and confer" on second application for a preliminary injunction; telephone conference with opposing counsel re: same; conference with JBA re: same | 0.50 | $187.50 |
| 08/09/06 | P. Orfanedes | Telephone conference with opposing counsel re: stipulation in lieu of JW filing a second application for preliminary injunction with respect to the "Doubletree Hotel" videotape | 0.10 | $37.50 |
| 08/14/06 | P. Orfanedes | Finalize stipulation re: production of Doubletree Hotel videotape; exchange e-mail with opposing counsel re: same | 0.25 | $93.75 |
| 11/08/06 | P. Orfanedes | Review stipulation prepared by opposing counsel re: extension of time to produce "Doubletree" video; conference with CJF re: same; sign and return same to opposing counsel | 0.25 | $93.75 |
| 11/29/06 | P. Orfanedes | Review letter from FBI producing videotape; conference w/ TJF and CJF re: same; conference w/ DFR re: accounting of attorney time for possible motion for attorney's fees and costs | 0.50 | $187.50 |
| 11/30/06 | P. Orfanedes | Review DFR's draft of time and expense accounting; conference w/ DFR re: same | 0.25 | $93.75 |
| 12/01/06 | P. Orfanedes | Review and revise DFR's draft of time and expense accounting; email same to opposing counsel | 1.00 | $375.00 |

2

| 12/05/06 | M. Di Liberto | Reviewed pleading and correspondence files; met w/ PJO re: motion for attorney's fees; began drafting motion | 3.25 | $796.25 |
|---|---|---|---|---|
| 12/06/06 | P. Orfanedes | Review footage from "Doubletree" video showing explosion from plane; compare same to Maguire declaration from *Bingham* matter; conference w/ MLD re: including same in motion for attorney's fees and costs | 0.50 | $187.50 |
| 12/06/06 | M. Di Liberto | Continued drafting motion for fees; research "public interest" and media reports of 9-11 videos; reviewed video footage from Doubletree; conference w/ PJO re: Maguire declaration | 5.75 | $1,408.75 |
| 12/07/06 | P. Orfanedes | Reviewed and revised draft motion for attorney's fees and costs; conference w/ MLD re: same; reviewed FBI's motion to dismiss; conference w/ MLD re: same | 1.00 | $375.00 |
| 12/07/06 | M. Di Liberto | Finished first draft motion for fees; met w/ PJO re: same; continued research; cite check; reviewed and revised attorney verification; reviewed FBI's motion to dismiss; met w/ PJO re: same | 5.5 | $1,347.50 |

3

## ATTORNEY/PARALEGAL TIME RECAP

| | | |
|---|---|---|
| Paul J. Orfanedes | 13.10 hours @ $375.00 per hour | $4,912.50 |
| Dale L. Wilcox | 8.0 hours @ $305.00 per hour | $2,440.00 |
| Meredith L. Di Liberto | 14.50 hours @ $245.00 per hour | $3,552.50 |
| David F. Rothstein | 7.25 hours @ $120.00 per hour | $870.00 |
| **SUBTOTAL:** | | **$11,775.00** |

### EXPENSES

| | |
|---|---|
| Filing Fee for Complaint | $350.00 |
| Certified Mailing Charges for Service of Complaint, Summonses, and Application for Preliminary Injunction ($6.56 x 3) | $19.68 |
| **SUBTOTAL:** | **$369.68** |
| **TOTAL FOR ATTORNEY/PARALEGAL TIME AND EXPENSES** | **$12,144.68** |

### VERIFICATION

I verify, under penalty of perjury, that the foregoing Itemization of Attorney/Paralegal Time in Judicial Watch, Inc. v. U.S. Department of Justice is true and correct to the best of my knowledge and belief. Executed in Washington, D.C. on December 8, 2006.

Paul J. Orfanedes

4