# EXHIBIT 2



# Judicial Watch
*Because no one is above the law!*



**URGENT**

**COPY**

**VIA FACSIMILE AND CERTIFIED US MAIL**

May 22, 2006

Ms. Priscilla Jones
Chief, Administrative Staff
Office of Information and Privacy
US DEPARTMENT OF JUSTICE
1425 New York Avenue N. W.
Suite 11,050
Washington, DC 20530-0001
(Fax. No.: 202-514-1009)
(Express Mail Tracking No: ER 591247380 US)

**Re: FOIA Appeal No. 05-1456**

**Request Number: 1010823**

Dear Ms. Jones:

     Please provide Judicial Watch Inc. (hereafter "Judicial Watch") with a determination on administrative appeal No. 05-1456 by the close of business on May 30, 2006.

     Judicial Watch administratively appealed a determination of the Federal Bureau of Investigation (hereafter "FBI") on April 5, 2005 – over one year ago. We note that the Office of Information and Privacy is well over the twenty working day statutory requirement for an adjudication of an administrative appeal under FOIA.

     Unless Judicial Watch receives a response from the OIP by the close of business on May 30, 2006, we will consider our administrative remedies exhausted and are prepared to file a complaint in the United States District Court for the District of Columbia the following day.

     At issue in this administrative appeal is the determination of David M. Hardy of the FBI Records/Information Dissemination Section, to withhold from Judicial Watch videos reportedly of Flight 77 crashing into the Pentagon on September 11, 2001. The FBI claimed as justification for withholding of the videos Exemption (b)(7)(A). Please be advised that in a related case, the Department of Defense, in litigation with Judicial Watch, first claimed to withhold two videos of the crash of Flight 77, citing ongoing law enforcement proceedings against Zacharias Moussaoui.

Judicial Watch letter
to OIP re: FOIA appeal
May 23, 2006
P. 2.

**URGENT**

On May 16, 2006, the Department of Defense released both videos to Judicial Watch. Please be advised that the governments case against Zacharias Moussaoui is now over, therefore any claim of exemption by the FBI relying on the Zacharias Moussaoui trial is clearly a moot point.

Additionally, please be advised that Judicial Watch requested four (4) items of information in our December 15, 2004 FOIA request. In particular, items 2, 3 and 4 (respectively) request:

> (2)    Video camera recording(s) obtained by any federal official(s) and/or law enforcement from a Nexcomm/Citgo gas station in the vicinity of the Pentagon on or about September 11, 2001.
>
> (3)    Pentagon security video camera recording(s) showing Flight 77 strike and/or hit and/or crash into the Pentagon on September 11, 2001.
>
> (4)    Closed Circuit Television (CCTV) video camera recording(s) obtained by any federal official(s) and/or Law enforcement from the Virginia Department of Transportation ("VDOT") and/or the VDOT "Smart Traffic Center" on or about September 11, 2001.

Judicial Watch wishes to avoid litigation over this matter, and looks forward to your response by the close of business, May 30, 2006.

Our fax number is 202-646-5199, mail and overnight address: 501 School Street, SW, Suite 500, Washington, DC 20024.

Thank you for your attention to this matter.

Sincerely,

JUDICIAL WATCH, INC.

Mario A. Calabrese