EXHIBIT 4

# DEBUNK 9/11 MYTHS

**TOPICS**

## 7 World Trade Center

## Aircraft

## Controlled demolition

## Foreknowledge

## Hijackers

## NORAD

## Osama bin Laden

## Pentagon

## United Airlines Flight 93

## World Trade Center

**FILMS**

## Loose Change

## United 93

## World Trade Center

**MISCELLANEOUS**

## Miscellaneous

**FBI RELEASES CITGO SECURITY VIDEO**

Blogged by debunk911 — Fri 15 Sep 2006 6:13 pm

In response to a FOIA request by Judicial Watch and a related request, the FBI has released security video taken at a Citgo gas station near the Pentagon.

The quality of the video is rather poor, with the screen showing split views of six cameras. Two are from inside the store, with the people there blurred for privacy reasons. The video doesn't show anything clearly of the crash of American Airlines Flight 77. Though, at 4:43 in the video, a flash is visible in the upper right, which is probably the impact.



**ARCHIVES**

October 2006

September 2006

August 2006

**RECENTLY POSTED**

Steven E. Jones to reti

Project Rebirth at the
    Anniversary

More analysis of the Cit
    video

FBI releases Citgo secu

9/11/2006 in NYC

9/11 truthers at GZ, Su
    9/10/2006

Google

○ Web ⦿ debunk9

Search

Google

○ Web ⦿ debunk911

Search

//-->

Case 1:06-cv-01184-LF Document 13-5 Filed 12/08/2006 Page 3 of 22

REFERENCES

## References



Watch the video on **YouTube**

Other information:

- Letter to Judicial Watch from the FBI
- Judicial Watch press release

For reference, here's the view from the bike/jogging path, immediately in front of the where Flight 77 impacted the Pentagon:



And a map of the area, with the Citgo highlighted:



The FBI will also be releasing video taken from the Doubletree hotel in Crystal City.

Some have purported that the "hotel" that the FBI took video from was the Sheraton. It did not have any video, nothing for the FBI to take.

> "I also conducted a search of the FBI's Electronic Case File system, Investigative Case Management system, and other evidence databases for any videotapes in the possession of the FBI from the Sheraton National Hotel in Arlington, Virginia. I did not locate any such videotape". - declaration of Jacqueline Maguire, FBI

The hotel in question is the Doubletree, which is located across I-395 from the Pentagon south parking lot. It has a view of a different side of the Pentagon than were the impact of Flight 77 happened. Keep in mind that I-395 is an elevated highway, so any Doubletree cameras at ground level absolutely would have caught nothing. But, the Doubletree does have a "revolving" restaurant at the top of the hotel. Only if the Doubletree happened to have security cameras here (unlikely), might it have caught anything at all.

permalink | trackback uri |

--------------------------------------------------------------------------

2 COMMENTS »

1.  *Comment by SFC B — September 16, 2006 at 2:32 pm*

    I don't think that flash at 4:43 was the impact. If you look
    at 1:21 you'll see something streak by the Pentagon facing
    camera. I first thought it was a car or something, but the
    time on the cameras (not the VCR which is at 1-1-93) reads
    9:37:17. Flight 77 hit the Pentagon at 9:37am, so I think
    that streak at 1:21 was the Pentagon. The flash at 4:43
    might have been a secondary explosion of some kind. Were
    any mentioned at that time on 9-11?

2.  *Comment by debunk911 — September 16, 2006 at 9:07 pm*

    See my post above. The white objects going by at 1:21-1:30
    are intriguing, but on further inpection I don't think they
    are anything significant. Just trucks going by on the road. I
    suppose that the clock was off by a few minutes.

RSS feed for comments on this post. TrackBack URI

LEAVE A COMMENT

Name (required)

Mail (will not be published) (required)

Website

Submit Comment

- About Debunk911myths
  - Privacy policy
    - Disclaimers
      - Contact

▸ BLOGS THAT LINK HERE
  ▸ VIEW MY PROFILE

Technorati



Time is running out.

Timberland ⓐ    **Buy.com**
LINENS·N·THINGS·    TOYS🌟US

HOME    CONTACT US    ARCHIVES    FORUMS    FEATURES    ADVERTISE    GO AD FREE



# Long-sought 9/11 videotape didn't capture attack

**RAW STORY**
Published: Friday September 15, 2006

Print This  Email This

A convenience store videotape long-sought by September 11 conspiracy theorists does not actually show the attack on the Pentagon, RAW STORY has learned.

Many believed the video would show American Airlines Flight 77 -- or something else -- striking the Pentagon. The videotape, which depicts views from the gas station's six security cameras, shows that the CITGO cameras did not seem to capture the actual attack.

Conservative organization Judicial Watch obtained the footage through a Freedom of Information Act request filed December 15, 2004. The request sought all records pertaining to September 11, 2001 camera recordings of the Pentagon attack from the Nexcomm/CITGO gas station, Pentagon security cameras and the Virginia Department of Transportation.

In May 2006, The Department of Defense released a number of videos depicting the attack in response to a Judicial Watch lawsuit. The group filed another lawsuit against the FBI on June 22, 2006.

The FBI has also agreed to release to Judicial Watch a videotape obtained from the Doubletree Hotel near the Pentagon by November 9, 2006.

"With the release of this videotape, we are one step closer to completing the public record on the September 11 terrorist attacks," said Judicial Watch President Tom Fitton in a statement. "The CITGO tape evidently does not show the Pentagon attack, which the American people can now see for themselves. This videotape was the subject of intense public debate. Now that it has been released to the public, there is no reason for further speculation about what it does or does not show."

The video may be viewed below. Images from inside the store have been partially obscured by the FBI to protect the privacy of store customers and employees.

Q. **Which ey**

○ Green

Tickle





Ads by Google                                    Advertise on this site

**CPC Caption Service**
Videotape, DVD, Video on Demand: Award Winning
Service- 800-977-6678
www.cpcweb.com

**Evaluated Videotape**
MD Certified Videotape. Excellent Quality and Save Over
50%!
www.mediadistributors.com

208 Comments



Mingle with moguls.



As little as $3.15 a week. Delivered.

CLICK HERE

ARCHIVE        FEATURES        ADVERTISE        FORUMS        CONTACT        GO AD FREE        DONATE        RSS



# North Country
## ———Gazette———
Serving New York State and Beyond
News · Comment · Investigative Reports

Originally Posted - September 15, 2006

# HEADLINES
return home

## FBI Releases 9/11 Videotape Filmed Near Pentagon

**Gulf Hurricane Relief**

Help Support Health Clinics Providing Critical Aid to Evacuees.

WASHINGTON---A videotape from the FBI, taken from a CITGO gas station near the Pentagon on 9/11 has been, released by Judicial Watch, a public interest group that investigates and prosecutes government corruption.

Many believed the video would show American Airlines Flight 77 striking the Pentagon on September 11, 2001. The videotape, which depicts views from the gas station's six security cameras, shows that the CITGO cameras did not seem to capture the actual attack. The tape was partially obscured by the FBI to protect the privacy of individuals captured on video in the CITGO convenience store.

The FBI released the videotape as result a Judicial Watch Freedom of Information Act request and related lawsuit.

Judicial Watch filed a Freedom of Information Act request on Dec. 15, 2004 for all Sept. 11, 2001 camera recordings, including the Pentagon attack from the Nexcomm/CITGO gas station, Pentagon security cameras and the Virginia Department of Transportation. Judicial Watch filed a lawsuit against the FBI on June 22.

Public Service Ads by Google

Advertise on this site

In May, the Department of Defense released videos depicting the attack in response to another Judicial Watch lawsuit.

The CITGO video can be accessed via the Judicial Watch website at www.judicialwatch.org.

The FBI has agreed to release to Judicial Watch a videotape obtained from the Doubletree Hotel near the Pentagon by Nov. 9.

"With the release of this videotape, we are one step closer to completing the public record on the September 11 terrorist attacks," said Judicial Watch president Tom Fitton. "The CITGO tape evidently does not show the Pentagon attack, which the American people can now see for themselves. This videotape was the subject of intense public debate. Now that it has been released to the public, there is no reason for further speculation about what it does or does not show."

The CITGO video can be accessed via the Judicial Watch Internet site at www.judicialwatch.org or http://www.youtube.com/watch?v=2LJvFjsI6zk

To read the FBI cover letter included with the video click here. 9-15-06

*All rights reserved. This material may not be published, broadcast, rewritten or redistributed by anyone without the express written permission of the publisher. This article is copyright protected and Fair Use is not applicable.*

© 2006 North Country Gazette

Site Map  Home  Headlines  Features  Archives  Editorials  Perspectives  Letters  Contact  Contributions

COPYRIGHT 2006 - NORTH COUNTRY GAZETTE
All rights reserved. This material may not be published, broadcast, rewritten or redistributed
without the express written permission of the publisher.

Background Attack Aftermath Evidence Misinformation Analysis Memorial

# Pentagon Attack Footage

## The Suppression of Video Footage of the Pentagon Attack

It is striking that there is neither video footage nor any photographic evidence in the public domain showing a jetliner approaching or crashing into the Pentagon. As of May, 2006, the only video footage of the crash that has been released are clips from two Pentagon security cameras north of the crash site, one the source of 5 frames leaked in 2002.

With the release of the two video clips, the Pentagon claims to have supplied all of the footage it has of the attack. Although the number and positions of security cameras monitoring the Pentagon is not public knowledge, it seems unlikely that only two security cameras captured the attack. Isn't it reasonable to assume that there were dozens, if not hundreds, of security cameras ringing the huge building that is the heart of the United States military establishment?

### Videos Outside the Pentagon Seized

Not only has the government refused to release footage that would clearly show how the Pentagon was attacked, it has also seized footage not belonging to the military. The FBI confiscated video recordings from several private businesses near the Pentagon in the immediate aftermath of the attack. Those recordings, if they still exist, might provide decisive evidence about the attack.



The Sheraton National Hotel may be the hotel from which the FBI seized a CCTV recording.

- The FBI visited a hotel near the Pentagon to confiscate film from a security camera which some hotel employees had been watching in horror shortly after the attack. The FBI denied that the footage captured the attack. [1]
- The FBI visited the Citgo gas station southwest of the Pentagon within minutes of the attack to confiscate film that may have captured the attack. According to Jose Velasquez, who was working at the gas station at the time of the attack, the station's security cameras would have captured the attack. [2]



The NEXCOMM/CITGO gas station is just under the flightpath of the aircraft involved in the Pentagon attack.

In addition it is likely there is other video footage that was either destroyed or is being withheld, given that the trajectory of the attack plane took it low over a large part of Arlington, Virginia.

## Lawsuits to Obtain Videos

At least two plaintiffs have attempted to obtain videos seized by the FBI, using the Freedom of Information Act (FOIA). The first, documented at Flight77.info, began with a request to the FBI in October of 2004. The second, undertaken by the Judicial Watch, Inc. began with a request to the Department of Defense (DOD) in December of 2004. Following is a timeline of the requests and subsequent lawsuits. Entries relating to the first case are distinguished with boldfaced dates.

- **October 14, 2004**: Scott A. Hodes, on behalf of his client Scott Bingham, sends a request to David Hardy of the FBI requesting any videos "that may have captured the impact of Flight 77 into the Pentagon on September 11, 2001". The request letter mentions videotapes from the Citgo Gas Station and the Sheraton National Hotel.
- **November 3, 2004**: The FBI replies to Bingham's request stating that their search "revealed no record responsive to your FOIA request".
- **November 17, 2004**: Hodes files an appeal of Bingham's FOIA request with the U.S Department of Justice (DOJ), citing evidence that the videotapes mentioned in the original request exist.
- December 15, 2004: Christopher J. Farrrell of Judicial Watch, Inc. writes to James Hogan in the Office of Freedom of Information/Security Review of the DOD requesting that the U.S. Department of Homeland Security (DHS), DOD, and FBI produce:

    any and all agency records concerning, relating to, or reflecting the following subjects:

    (1) Video camera recordings obtained by federal official(s) and/or law enforcement from a Nexcomm/Citgo gas station in the vicinity of the Pentagon orn or about September 11, 2001.

    (2) Pentagon security video camera recording(s) showing Flight 77 strike and/or hit and/or crash into the Pentagon on September 11, 2001.

(3) Closed Circuit Television (CCTV) video camera recording(s) obtained by any federal official(s) and/or law enforcement from the Virginia Department of Transportation ("VDOT") and/or the VDOT "Smart Traffic Center" on or about September 11, 2001.

- **March 7, 2005**: The DOJ replies to Hodes' November 17 appeal, admitting that it did posses records responsive to the request but that it could release the records because such a release "could reasonably be expected to interfere with law enforcement proceedings."
- January 26, 2005: The DOD advises Judicial Watch, Inc. that it possesses a videotape responsive to the December 15, 2004 request but declines to produce the videotape, citing U.S.C 552(b)(7)(A).
- **March 8, 2005**: Bingham's attorney files a lawsuit with the United States District Court for the District of Columbia stating that the FBI is in violation of the FOIA for "failing to adequately respond to plaintiff's FOIA request, including failing to adequately search for and release records that the plaintiff believes the agency is in possession of, and for failing to timely respond the plaintiff's administrative appeal."
- **April 18, 2005**: The DOJ files a response to Bingham's March 8 lawsuit denying the plaintiff's request and asking the judge to dismiss the plaintiff's Complaint with prejudice.
- **April 19, 2005**: District Judge Paul L. Friedman orders the defendants to file a motion to dismiss or a motion for summary judgment in the case brought by Bingham on or before June 21, 2005.
- **June 10, 2005**: The DOD denies Judicial Watch's administrative appeal, claiming that the video is exempt as part of an ongoing investigation involving Zacarias Moussaoui.
- **August 1, 2005**: Jeffrey D. Kahn, an attorney for the DOJ's Civil Division files a 23-page MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT. Scans of the document are posted on Flight77.info.
- **August 29, 2005**: Hodes files a Memorandum of Points and Authorities in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment and a STATEMENT OF FACT ON WHICH THERE EXIST A GENUINE ISSUE TO BE LITIGATED in response to the DOJ's motion for summary judgment.
- **September 9, 2005**: Kahn files a REPLY BRIEF IN FURTHER SUPPORT OF DEFENDANT"S MOTION FOR SUMMARY JUDGMENT
- **September 9, 2005**: Special Agent Jacqueline Maguire of the FBI's Counterterrorism Division files a DECLARATION describing her search for records responsive to Bingham's FOIA request. Maguire admits to determining that 85 videotapes in the FBI's possession are "potentially responsive" the the request, that she personally viewed 29 of the tapes, and that she located only one videotape that showed the impact of Flight 77 into the Pentagon. Maguire also refers to "one videotape taken from a closed circuit television at a Doubletree Hotel in Arlington Virginia," but states that it did not show the impact of Flight 77.
- **September 26, 2005**: Hodes files a request seeking "copies of 85 videotapes in the possession of the FBI described in the declaration of Special Agent Jacqueline Maguire dated September 7, 2005.
- **October 20, 2005**: The DOJ sends a letter to Hodes claiming that the requested material is exempt.
- **October 24, 2005**: Hodes appeals the DOJ's October 20 claim that its material is exempt.
- **February 22, 2006**: Judicial Watch, Inc. files a lawsuit in the United States District Court for the Distrct of Columbia seeking declaratory and injunctive relief against the Department of Defense for its refusal to disclose records sought under the FOIA request.
- **May 5, 2006**: Judge Friedman orders the defendants to show cause on or before May 26, 2006 why their motion for summary judgment should not be denied as moot, noting that the criminal proceedings against Moussaoui have ended.
- May 16, 2006: Judicial Watch obtains two videos from the DOD, and posts them on their website. The site is down for about half of the day due to demand.

---

References

1. , *The Gertz Files*, 9/21/01 [cached]
2. Three Months On, Tension Lingers Near the Pentagon, *Richmond Times-Dispatch*, 12/11/01 [cached]

# PENTAGON RESEARCH

**Main Menu**

Introduction

Six Possibilities

Flight 77

The Pentagon

Attack Path

Lamp Poles

Eyewitnesses

Evidence

Video Evidence

DOD Video

Photographers

Impact Zone

Fire Response

Collapse Zone

Inner Rings

Exit Hole

ASCE Building Performance Report

Debris

757 Debris

Scene Map

Mike Walter

Bob Pugh Video

Operation Northwoods

9/11 War Games

## VIDEO EVIDENCE

The purpose of this page is to demonstrate the existence of video and the likelihood that somewhere in the 85 videos the FBI admits to having, there should be an image of a 757-200. One of the greatest mysteries of the Pentagon incident is that in a town full of media that was already aware of the attacks in New York, there is not one single still photo or video of an AA 757 anywhere near the Pentagon that morning. This void of information is what has spurred the variety of theories to account for the damage at the Pentagon.

The U.S Government originally claimed to have no video. The Pentagon even told broadcast news reporters that its security cameras did not capture the crash. Then five frames were leaked which you can read about on the DoD Video page 1. They most recently released another video (which does not show a 757 clearly) that you can read about on DoD Video page 2. If, in fact, they have clear video of a 757-200 hitting the Pentagon they have refused to release it. I personally believe they have purposefully contributed to the confusion surrounding the Pentagon attack. To allow this and not put the stories to rest may speak of an ulterior motive and most certainly is thoughtless in regards to the families and the victims.

Due to the great work of fellow 9/11 researcher Scott Bingham you can actually view the Freedom of Information Request Act documents proving the existence of confiscated video. The FBI attempted to deny having them and after an appeal acknowledged having them. They originally refused to release them because it might, 'interfere with enforcement proceedings'. All documents in the sidebar are from the ongoing case. To visit the original site for more details you can go to Flight 77 Info .

"Just before impact, the plane clipped off two VDOT light poles on Washington Boulevard, a football field or two away from the Pentagon. In the same area, the blast from the plane's impact damaged the lenses of one of VDOT's traffic monitoring cameras and knocked the camera sideways" (Source). To see the significance of this view and the VDOT's response to my inquiry, click on the sidebar *VDOT Traffic Camera View*.

### Interview with Jamie McIntyre CNN Pentagon Correspondent:

MCINTYRE (on camera): ......"Sources tell CNN that the FBI on September 11th confiscated a nearby hotel's security camera videotape, which also captured the attack. So far the Justice Department has refused to release that videotape. Aaron."

BROWN: "Why? Do we have any idea why they won't release it?"

MCINTYRE: "Well, the claim – we have filed a freedom of information request for it. They claim that it might provide some intelligence to



Video FC



*maguire's pe*
*statement re*

Maguire

Pentagon Research

Who and Why?

Strong Evidence

Official Story

My Conclusions

The Big Picture

Life After 9/11

Links/News
About


WEEKLY OPINION


Donate

Photo Use Policy

somebody else who might want to do harm to the United States. But officials I talked to here at the Pentagon say they don't see any national security or criminal value to that tape. The FBI tends to hold on to things. But the government may eventually release that tape, and if they do, we'll bring it to you."
(CNN Newsnight Aaron Brown March 7, 2002 Thursday Transcript #030700CN.V84)



"A security camera atop a hotel close to the Pentagon may have captured dramatic footage of the hijacked Boeing 757 airliner as it slammed into the western wall of the Pentagon. Hotel employees sat watching the film in shock and horror several times before the FBI confiscated the video as part of its investigation. It may be the only video available of the attack. The Pentagon has told broadcast news reporters that its security cameras did not capture the crash. The attack occurred close to the Pentagon's heliport, an area that normally would be under 24-hour security surveillance, including video monitoring." (Source)
Local copy - original removed.

VDOT Traffic C

Now the FBI says, "I also conducted a search of the FBI's Electronic Case File System, Investigative Case Mangement System, and other evidence databases for any videotapes in the possession of the FBI from the Sheraton National Hotel in Arlington, Virginia. I **did not** locate any such video tape." (Maguire Documents)



Sh

To see how important the view from this missing tape may have been, see the sidebar *Sheraton View*. Jamie McIntyre heard of the hotel tape and Pentagon reporters Bill Gertz and Rowan Scarborough even documented that the employees had viewed the tape. Where did it go?

From my conversations with hotel managers in the vicinity I was told that on the 12th and 13th the FBI "canvassed" the entire area confiscating tapes. There are many buildings with vantage points there and that is where these 85 tapes originated from. I received lots of statements like, " we're not at liberty to discuss that" and people generally seemed nervous talking about it at all. In the following quote we will see that the FBI was reported to have been at the Citgo within minutes. This may be because of its proximity to the Pentagon and the fact that it is a government concession.



Doubletr

"Velasquez says the gas station's security cameras are close enough to the Pentagon to have recorded the moment of impact. 'I've never seen what the pictures looked like,' he said. 'The FBI was here within minutes and took the film.'" National Geographic News
(Local copy)

Now the FBI says, "Among the eighty-five (85) videotapes described in paragraph 11, above, I located one videotape taken from closed circuit television at the Citgo Gas Station in Arlington, Virginia. Because of its generally poor quality, the tape was taken to the FBI's Audio-Video Image Analysis Unit (AVIAU).....to determine that the videotape did not show the **impact** of Flight 77 into the Pentagon on September 11, 2001." (Maguire Documents)



Navy

Did you catch the word game they are playing there? The FOIA was originally written with the language to provide video of the *impact*. It did

not request footage of a 757 flight path. This means that the other 85 videos may have footage of a 757 but not of the impact. If you look at the *Citgo View* sidebar you will see why that video in particular did not capture the impact but may have flight path footage if it exists. I have talked to somebody that was an employee there and that information is also on the sidebar.



Riverhouse Apart

In the Maguire Documents we became aware of video we had not heard of before. "I did locate one videotape taken from a closed circuit television at a Doubletree Hotel in Arlington, Virginia. I determined, however, that the videotape did not show the **impact** of Flight 77 into the Pentagon on September 11, 2001." There's a theme developing here. This view from the Doubletree would not have been able to physically see the impact but it could have a direct shot of an aircraft approaching the hotel. The side bar *Doubletree Inn View* shows the orientation of the building and its view.



Ritz C

The rest of the views in the sidebar are photos from buildings in the area. It is not known if any of those locations had video confiscated. It is just to show the potential of video in the area that the FBI "canvassed". The details of the CCTV camera at the Pentagon can be located on the Dod Video pages.

The FBI's summary goes like this, ".....fifty-six (56) of these videotapes did not show either the Pentagon building, the Pentagon crash site, or the **impact** of Flight 77 into the Pentagon.....I personally reviewed the remaining twenty-nine (29) videotapes. I determined that sixteen (16) of these video tapes did not show the Pentagon crash site and did not show the **impact** of Flight 77 into the Pentagon.....Out of the remaining thirteen (13) videotapes, which **did show** the Pentagon crash site, twelve (12) videotapes only showed the Pentagon *after* the impact of Flight 77. I determined that **only one** videotape showed the **impact** of Flight 77 into the Pentagon on September 11, 2001." (Maguire Documents)

Notice there is not one single mention of an aircraft (or absence of) in any of the video tapes. They also definitively claim that only one new tape shows the impact. That is the second angle from the guard shack I presume which they released. Then in the 56 videos that "did not show either the Pentagon building [or] the Pentagon crash site...." you could get away with a video on the facade of the Pentagon if it didn't show the building or looked out beyond the actual crash site the way it is worded. The fact is they are playing word games and manipulating the information they have which is a disgrace to the American Justice System.

To me this means:
a) They do not have video of an AA 757-200 in the area.
b) They do have video and they are waiting for the "right" time to release it.
c) What they have video of is not a AA 757-200.

If "A" is true, whether or not a 757 was in the area or not, their case is damaged.

If "B" is true, then they have a plan to discredit the 9/11 Truth Movement by releasing footage of an aircraft at a time fortuitous for

them. After the blurry indistinguishable images they recently released soak in for a while, if they show footage of an aircraft in the general area later, people will automatically couple that in their minds with the recent video and say 'see'. If they do present footage of an aircraft in the air that is not certainly on a suicide flight path into the Pentagon then the time/date stamp will be the only way to directly associate it with the Pentagon incident. They have proven so far that they don't release accurate or official time/date stamps with their video. In other words, they have options to manipulate the masses through the media.

If "C" is true then I'm guessing it will never see the light of day.

Below the graphic at the bottom of this page is Jim Hoffman's admonition to the 9/11 Truth Movement and is well worth a read.



The Pentagon No-757-Crash Theory: Booby Trap for 9/11 Skeptics

previous | next

Copyright © 2005 PentagonResearch.com. All rights reserved.



# FBI Withholding 84 More Tapes of Pentagon on 9/11

Magically Only 1 shows impact so why not release the rest?

**Steve Watson / Infowars | May 17 2006**

The FBI is withholding at least another 84 surveillance tapes that were seized in the immediate aftermath of the attack on the Pentagon.

There is an ongoing lawsuit to get these tapes released via the Freedom of Information Act. The FBI has **admitted in a statement** to attorney, Scott Hodes, representative of Mr Scott Bingham who runs the website **http://www.flight77.info/**, that they have these tapes, that they have already analyzed them and are still keeping them under lock and key.

A great deal of speculation has surrounded reports that on the morning of september 11th, 2001 the FBI visited two private businesses near the pentagon and confiscated several security camera video tapes.

The first is said to be the Cigto gas station with several security cameras aimed in the direction of the pentagon. Flight 77 flew directly over the gas station at an altitude of roughly 50 feet, less than 3 seconds from impact.

Three months after 9/11 **The National Geographic** and others reported on this, publishing short interviews with the gas station owner, Jose Velasquez.



© danbielefeld@yahoo.com

"His gas station, open only to Department of Defense personnel, is the last structure between the Pentagon and the hillside that, hours later, would become a wailing knoll. "By the time I got outside all I could see was a giant cloud of smoke, first white then black, coming from the Pentagon," he said. "It was just a terrible, terrible thing to be so close to."
"Velasquez says the gas station's security cameras are close enough to the Pentagon to have recorded the moment of impact. "I've never seen what the pictures looked like," he said. "The FBI was here within minutes and took the film."

The second business was initially believed to be the Sheraton National Hotel which overlooks I395 and the Pentagon. Initial reports pointed out that hotel staff had sat watching the video surveillance in horror before the FBI arrived and shut down the scene.

However, according to FBI statements in response to the FOIA request from Mr Bingham, The hotel in question was not the Sheraton but was in fact the Doubletree in Arlington, VA. AND this video did not capture the impact of the flight. (**Maguire, page 7**)

According to the same document, the Citgo gas station video DOES NOT show flight 77 impacting the pentagon either. (**Maguire, page 6, item 15**)

If this is the case then why did the FBI confiscate the gas station and hotel security videos within minutes of the crash and why haven't they subsequently released these videos?

---------------------------------------------------------------------------------
Watch **Alex Jones' Martial Law free online** to get the truth about 9/11 or **buy the DVD here!**
---------------------------------------------------------------------------------

According to a CNN FOIA request however, the nearby hotel's video DID capture the impact. The following exchange is from a **CNN transcript of a report** on the 2002 release of the original four frames of Pentagon footage:

*MCINTYRE (on camera): These pictures are the first to be made public, but they are not the only images of the plane hitting the Pentagon. Sources tell CNN that the FBI on September 11th confiscated a nearby hotel's security camera videotape, which also captured the attack. So far, the Justice Department has refused to release that videotape. Aaron.*

*BROWN: Why? Do we have any idea why they won't release it?*

*MCINTYRE: Well, the claim - we have filed a freedom of information request for it. They claim that it might provide some intelligence to somebody else who might want to do harm to the United States. But officials I talked to here at the Pentagon say they don't see any national security or criminal value to that tape. The FBI tends to hold on to things. But the government may eventually release that tape, and if they do, we'll bring it to you.*

*BROWN: Jamie, thanks. I must have missed something in how, where the intelligence possibilities are there, but that happens with me sometimes. Thank you for your work today, nice job.*

Whichever story you believe, whether the footage does or does not show the impact, the fact that the footage exists is not denied. So something does not tally up here. Both FOIA requests were denied yet we have one FOIA request denial saying the footage does not show the impact, yet a second FOIA request denial saying it does show the impact.



**Dept of Justice denial of Bingham FOIA request for ALL 85 tapes Courtesy www.flight77.info/**

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

MR SCOTT A HODES
POST OFFICE BOX 42002
WASHINGTON, DC 20015

October 20, 2005

Request No.: 1030438-000
Subject: CRASH OF FLIGHT 77 ON
9/11/2001

Dear Mr. Hodes:

This is in reference to your Freedom of Information Act (FOIA) request for information pertaining to the above subject.

The material you requested is located in an investigative file which is exempt from disclosure pursuant to Title 5, United States Code, Section 552, subsection (b)(7)(A) and (b)(7)(C). For an explanation of these exemptions see enclosed Form OPCA-16a. Please note if this file is reviewed under FOIA in the future, additional exemptions may be applied at that time.

Furthermore, if the footage does not show the impact, we have to ask the question why is the Justice department still withholding it under national security laws?

Now the trial of Zacarious Moussaoui is over, this can also no longer be cited as reason to keep footage under wraps, as was proven yesterday with the release of the extended grainy film to Judicial Watch.

According to the FBI 7 page Maguire statement, of the 85 confirmed tapes seized, only the one released yesterday shows the impact. How unlikely is it that out of another 84 confirmed surveillance tapes directed at the building, none of them captured anything?

After determining that only 13 of the 85 had footage of the crash site, the FBI states that 12 of these only show footage AFTER the impact of flight 77. WHY? Did someone forget to turn them on? ALL TWELEVE OF THEM?

Furthermore how unlikely is it that in Washington DC there were only 13 cameras pointing in the general direction of the most surveilled building in the world? The area is littered with buildings and roads that have their own surveillance systems, in addition to the pentagon itself - does the sole world superpower's military HQ only have a couple of cameras at the front gate?

> 14.    Out of the remaining thirteen (13) videotapes, which did show the
>
> Pentagon crash site, twelve (12) videotapes only showed the Pentagon
>
> after the impact of Flight 77.  I determined that only one videotape
>
> showed the impact of Flight 77 into the Pentagon on September 11, 2001.
>
> FBI Maguire statment
> Courtesy www.flight77.info

You can even view live feeds of footage from the Pentagon online right now. The Virginia Department of Transportation (VDOT) CCTV system used to manage the Northern Virginia freeway network **had cameras in place** that observed the September 11 crash site at the Pentagon. This CCTV system and the VDOT Smart Traffic Center were used as a command center for emergency responders and cleanup and recovery crews following the incident.

View VDOT light pole traffic cams at: **TrafficLand Find A Camera** (See cameras: ON WASHINGTON BLVD @ I-395 and ON WASHINGTON BLVD @ Pentagon/I-395 and ON WASHINGTON BLVD E @ I-395)

The reason given for the fact that these cameras did not get the impact is because there was no film in them.

Scott Bingham of www.flight77.info/ has stated on his website:

"No one can say for sure why the FBI is reluctant to release the videos. it could just be a matter of policy, or it could have to do - as many suspect - with the notion that keeping the videos from the public is helping to fuel wild conspiracy theories. these theories - that no 757 hit the pentagon - helps discredit the 9/11 truth movement in general, and keeps people's focus away from such topics as WTC building 7."

We are in agreement with Mr Bingham. For over four years we at Infowars and Prisonplanet have remained neutral on the subject of flight 77, agreeing that unanswered questions need to be explored but warning against the Pentagon issue becoming the core focus of the 9/11 truth movement.

The danger is clearly that the government will use its media mouthpieces in particular Fox News to hype this until it becomes the de facto keystone of alternative explanations behind 9/11. At the point when that crescendo reaches its peak crystal clear footage of Flight 77 hitting the Pentagon will be released, knocking down the straw man argument that the establishment itself erected.

We need to concentrate on the concrete facts that point towards a cover up of complicity and not on wild speculation that will only hinder the movement as a whole.

## INFOWARS: BECAUSE THERE'S A WAR ON FOR YOUR MIND

## THE INFOWARS NETWORK

You pay a provider for your internet access and for your webspace, but do you know where your money is going? Most likely to a vast global corporation concerned less with good service and more with expanding its own monopoly. Alex Jones' Infowars Network is proud to offer internet access and webhosting packages at the right price and without corporate corruption.

### Ditch the monopolies and support freedom today!

**INFOWARS WEBHOSTING**
FROM $9.95 PER MONTH
$99.50 PER YEAR

**INFOWARS INTERNET**
HIGH SPEED DIAL-UP FROM $10.95 PER MONTH
HIGH SPEED BUSINESS DSL AT $79.95 PER MONTH

PLUS ADDITIONAL FEATURES INCLUDING ANONYMOUS SURFING WITH THE INFOWARS VIRTUAL BROWSER

CLICK HERE FOR MORE INFORMATION OR CALL TOLL FREE 877-807-9500

Say

Click Here to

E MAIL THIS PAGE    | SEND |

INFOWARS.net    Copyright © 2001-2006 Alex Jones    All rights reserved.