# EXHIBIT 7

**JUDICIAL WATCH**                                                                                           23873

| OUR REF. NO. | YOUR INVOICE NO. | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 015897 | 06212006 | 6/22/2006 | 350.00 | 350.00 | 0.00 | 350.00 |

---

WACHOVIA BANK, N.A.
(5122-540)

**JUDICIAL WATCH**
501 SCHOOL ST. S.W.
SUITE 500
WASHINGTON, DC 20024

23873

| CHECK DATE | CONTROL NUMBER | AMOUNT |
|---|---|---|
| 6/22/2006 | 023873 | $********350.00 |

PAY Three Hundred Fifty and 00/100------------------------------------------------------------ Dollars

TO THE
ORDER
OF   Clerk, U.S. District Court

⑈000023873⑈ ⑆054001220⑆ 20300000149811⑈

---

**JUDICIAL WATCH**                                                                                           23873

| Vendor | CLERK, U.S | | Check Date | 6/22/2006 | Check Number | 023873 |
|---|---|---|---|---|---|---|

| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---|---|---|---|---|---|---|
| 015897 | 06212006 | 6/22/2006 | 350.00 | 350.00 | 0.00 | 350.00 |

```
              TENDERED $            $350.00
              350.00
           T O T A L  ======
              100.00
              SPECIAL CIVIL FILING
              06-1135
              190.00
              SPECIAL CIVIL FILING
              06-1135
              60.00
              FILING FEE  CIVIL
              06-1135
                 6
           ==== REFUND WITHOUT RECEIPT ======
           -2 FORREST       Receipt # 136330
           06/22/06                12:18:02 PM
                       WASHINGTON D.C.
              U.S. DISTRICT COURT
```



**U.S. Postal Service CERTIFIED MAIL RECEIPT** (7005 1160 0001 5011 3751)
Postage: $2.31; Certified Fee: $2.40; Return Receipt Fee: $1.85; Restricted Delivery Fee: $0.00; Total Postage & Fees: $6.56; Postmark JUN 22 2006 / 06/22/2006
Sent To: The Honorable Alberto Gonzales, U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (7005 1160 0001 5011 3744)
Postage: $2.31; Certified Fee: $2.40; Return Receipt Fee: $1.85; Restricted Delivery Fee: $0.00; Total Postage & Fees: $6.56; Postmark JUN 22 2006 / 06/22/2006
Sent To: Federal Bureau of Investigation, 935 Pennsylvania Avenue NW, Washington DC 20535

**U.S. Postal Service CERTIFIED MAIL RECEIPT** (7005 1160 0001 5011 3768)
Postage: $2.31; Certified Fee: $2.40; Return Receipt Fee: $1.85; Restricted Delivery Fee: $0.00; Total Postage & Fees: $6.56; Postmark JUN 22 2006 / 06/22/2006
Sent To: Kenneth L. Wainstein, U.S. Department of Justice, Judiciary Center Building, 555 4th St. NW, Washington DC 20001

---

```
       L'ENFANT PLAZA POST OFFICE
    WASHINGTON, District of Columbia
              200264250
              1050050240-0097
06/22/2006    (800)275-8777    02:39:32 PM

                  Sales Receipt
Product        Sale    Unit          Final
Description    Qty     Price         Price

WASHINGTON DC 20530                  $0.63
First-Class
  1.50 oz.
  Return Rcpt (Green Card)           $1.85
  Certified                          $2.40
  Label #:       70050390000408888617
  Customer Postage                  -$4.88
  Subtotal:                          $0.00
WASHINGTON DC 20535                  $2.31
First-Class
  9.00 oz.
  Return Rcpt (Green Card)           $1.85
  Certified                          $2.40
  Label #:       70051160000150113744
  Customer Postage                  -$6.56
  Subtotal:                          $0.00
WASHINGTON DC 20530                  $2.31
First-Class
  9.00 oz.
  Return Rcpt (Green Card)           $1.85
  Certified                          $2.40
  Label #:       70051160000150113751
  Customer Postage                  -$6.56
  Subtotal:                          $0.00
WASHINGTON DC 20001                  $2.31
First-Class
  9.00 oz.
  Return Rcpt (Green Card)           $1.85
  Certified                          $2.40
  Label #:       70051160000150113768
  Customer Postage                  -$6.56
  Subtotal:                          $0.00
                                  _____
Total:                               $0.00

Paid by:

Bill#:  1000302669725
Clerk:  02

— All sales final on stamps and postage. —
   Refunds for guaranteed services only.
       Thank you for your business.
             Customer Copy
```