IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.06-CV-01135 (PLF) |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Verified Motion for Award of Attorney's Fees and Litigation Expenses, any opposition thereto, and the entire record herein, it is hereby

**ORDERED** that,

1. Plaintiff's Verified Motion for Award of Attorney's Fees and Litigation Expenses is **GRANTED**;

2. Defendant shall pay Plaintiff $12,144.68.

SO ORDERED.

DATE:_____        _____
                                The Honorable Paul L. Friedman
                                United States District Judge