## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.06-CV-01135 (PLF) |
| | ) | |
| FEDERAL BUREAU OF | ) | |
| INVESTIGATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION
## TO DISMISS THIS CASE AS MOOT

Plaintiff Judicial Watch, Inc. ("Judicial Watch"), by counsel respectfully submits this

response to Defendant Federal Bureau of Investigation's ("FBI") motion to dismiss this case as

moot.  As grounds therefor, Judicial Watch states as follows:

1.      Judicial Watch objects to the FBI's erroneous characterization of its production of

the requested videotapes as "voluntary."  The FBI produced the two videotapes pursuant to court

orders obtained during the course of litigation.  *See* Exhibit 1; *see also* Plaintiff's Verified

Motion For Attorney's Fees and Litigation Expenses filed today.  There was nothing "voluntary"

about the FBI's production.

2.      Judicial Watch also objects to the allegation that it prematurely filed suit.  *See*

Def's Motion to Dismiss at 2.  Judicial Watch's administrative appeal had been served 13

months *prior* to filing suit.  The FBI acknowledged receipt of Judicial Watch's administrative

appeal on April 8, 2005.  Pursuant to FOIA, the FBI's response was due May 3, 2005.  After

waiting more than a year, Judicial Watch sent a letter to the FBI on May 22, 2006 regarding an

update of the administrative appeal.  Once again, Judicial Watch received an acknowledgment

letter with no more information in it than the letter the FBI sent on April 8, 2005.  Judicial Watch

waited 13 months past the FBI's deadline to either grant or deny the administrative appeal before

filing suit.

       3.      Judicial Watch does not contest that, other than the requested award of attorney's

fees and litigation expenses, it has obtained all of the relief it sought when it initiated this action.

Therefore, Judicial Watch agrees that the case is concluded.

                    Respectfully submitted,

                    JUDICIAL WATCH, INC.


                    /s/ Meredith L. Di Liberto
                    D.C. Bar No. 487733
                    Paul J. Orfanedes
                    D.C. Bar No. 429716
                    Suite 500
                    501 School Street, S.W.
                    Washington, D.C.  20024
                    (202) 646-5172

                    Attorneys for Plaintiff