EXHIBIT 1

**MSN Home | My MSN | Hotmail | Shopp . | Money | People & Chat**    Sign Out    Web Search:   Go

  **Hotmail**    Today   Mail   Calendar   Contacts       Options | Help

judicialwatchinc@hotmail.com            Free Newsletter

🖉 Reply | 🖉 Reply All | 🖉 Forward | ✖ Delete | 🖉 Junk | 🖉 Put in Folder ▼ | 🖶 Print View | 🖫 Save Address

| | |
|---|---|
| From : | <DCD_ECFNotice@dcd.uscourts.gov> |
| Sent : | Friday, July 21, 2006 4:23 PM |
| To : | DCD_ECFNotice@dcd.uscourts.gov |
| Subject : | Activity in Case 1:06-cv-01135-PLF JUDICIAL WATCH INC v. FEDERAL BUREAU OF INVESTIGATION "Order" |

▲ | ▼ | ✖ | 🖾 Inbox

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Columbia**

Notice of Electronic Filing

The following transaction was received from MA, entered on 7/21/2006 at 4:23 PM and filed on 7/21/2006
**Case Name:**     JUDICIAL WATCH INC v. FEDERAL BUREAU OF INVESTIGATION
**Case Number:**   1:06-cv-1135
**Filer:**
**Document Number:**

**Docket Text:**
MINUTE ORDER approving the stipulation and agreed order [8]. Signed by Judge Paul L. Friedman on July 21, 2006. (MA)

The following document(s) are associated with this transaction:

**1:06-cv-1135 Notice will be electronically mailed to:**

Paul J. Orfanedes   judicialwatchinc@hotmail.com

Jonathan Eli Zimmerman   jonathan.zimmerman@usdoj.gov

**1:06-cv-1135 Notice will be delivered by other means to:**

🖾 | 🖾 | 🖾          ▲ | ▼ | ✖ | 🖾 Inbox

**Get the latest updates from MSN**

**MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat**    Feedback | Help

© 2006 Microsoft TERMS OF USE  Advertise  TRUSTe Approved Privacy Statement  GetNetWise  Anti-Spam Policy

MSN Home | My MSN | Hotmail | Shopp...g | Money | People & Chat    Sign Out    Web Search: [____] [Go]

  Hotmail

Today | Mail | Calendar | Contacts    Options | Help

judicialwatchinc@hotmail.com

Free Newsletter

🕮 Reply | 🕮 Reply All | 🕮 Forward | ✕ Delete | 🕮 Junk | 🕮 Put in Folder ▾ | 🕮 Print View | 🕮 Save Address

| | | |
|---|---|---|
| From : | <DCD_ECFNotice@dcd.uscourts.gov> | 🔺 \| 🔻 \| ✕ \| 🕮 Inbox |
| Sent : | Friday, August 18, 2006 9:22 AM | |
| To : | DCD_ECFNotice@dcd.uscourts.gov | |
| Subject : | Activity in Case 1:06-cv-01135-PLF JUDICIAL WATCH INC v. FEDERAL BUREAU OF INVESTIGATION "Order" | |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Columbia**

Notice of Electronic Filing

The following transaction was received from MA, entered on 8/18/2006 at 9:22 AM and filed on 8/18/2006
**Case Name:**       JUDICIAL WATCH INC v. FEDERAL BUREAU OF INVESTIGATION
**Case Number:**   1:06-cv-1135
**Filer:**
**Document Number:**

**Docket Text:**
MINUTE ORDER approving stipulation and agreed order [10]. Signed by Judge Paul L. Friedman on Augustt 18,2006. (MA)

The following document(s) are associated with this transaction:

**1:06-cv-1135 Notice will be electronically mailed to:**

Paul J. Orfanedes    judicialwatchinc@hotmail.com

Jonathan Eli Zimmerman    jonathan.zimmerman@usdoj.gov

**1:06-cv-1135 Notice will be delivered by other means to:**

🕮 | 🕮 | 🕮                                                                              🔺 \| 🔻 \| ✕ \| 🕮 Inbox

**Get the latest updates from MSN**

MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat                Feedback | Help

© 2006 Microsoft TERMS OF USE  Advertise  TRUSTe Approved Privacy Statement  GetNetWise  Anti-Spam Policy

MSN Home | My MSN | Hotmail | Shop. .g | Money | People & Chat    Web Search: [        ] [Go]

 **Hotmail**    Today | Mail | Calendar | Contacts    Options | Help

judicialwatchinc@hotmail.com                                                    Free Newsletter

📨 Reply | 📨 Reply All | 📨 Forward | ✖ Delete | ✖ Junk | 📨 Put in Folder ▾ | 🖨 Print View | 📇 Save Address

| | | |
|---|---|---|
| From : | <DCD_ECFNotice@dcd.uscourts.gov> | ☁ | 🕊 | ✖ | 📨 Inbox |
| Sent : | Thursday, November 16, 2006 4:13 PM | |
| To : | DCD_ECFNotice@dcd.uscourts.gov | |
| Subject : | Activity in Case 1:06-cv-01135-PLF JUDICIAL WATCH INC v. FEDERAL BUREAU OF INVESTIGATION "Order" | |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Columbia

Notice of Electronic Filing

The following transaction was received from MA, entered on 11/16/2006 at 4:13 PM EDT and filed on 11/16/2006
**Case Name:**       JUDICIAL WATCH INC v. FEDERAL BUREAU OF INVESTIGATION
**Case Number:**    1:06-cv-1135
**Filer:**
**Document Number:**

**Docket Text:**
MINUTE ORDER granting the stipulation and agreed order [11]. Signed by Judge Paul L. Friedman on November 16, 2006. (MA)

The following document(s) are associated with this transaction:

**1:06-cv-1135 Notice will be electronically mailed to:**

Paul J. Orfanedes    judicialwatchinc@hotmail.com

Jonathan Eli Zimmerman    jonathan.zimmerman@usdoj.gov

**1:06-cv-1135 Notice will be delivered by other means to:**

📨 | 📨 | 📨                                                          ☁ | 🕊 | ✖ | 📨 Inbox

**Get the latest updates from MSN**

MSN Home | My MSN | Hotmail | Search | Shopping | Money | People & Chat    Feedback | Help

© 2006 Microsoft TERMS OF USE  Advertise  TRUSTe Approved Privacy Statement  GetNetWise  Anti-Spam Policy