IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF INVESTIGATION, )<br>        Defendant. )<br>) | Civil Action No. 06-1135 (PLF) |

# EXHIBIT 1

to Defendant's Opposition To Plaintiff's Motion For
An Award of Attorneys' Fees And Litigation Expenses



U.S. Department of Justice



Federal Bureau of Investigation

Washington, D.C. 20535

March 22, 2005

MR CHRISTOPHER J FARRELL
JUDICIAL WATCH
SUITE 725
501 SCHOOL STREET, SOUTHWEST
WASHINGTON, DC 20024



Request No.: 1010823-000
Subject: SEPTEMBER 11 2004/INVESTIGATION

Dear Mr. Farrell:

This letter is in response to your Freedom of Information-Privacy Acts (FOIPA) request concerning the above subject. Please refer to items one through four of your letter dated December 15, 2004.

In item one, you requested a copy of the video camera recording(s) which might have been obtained by either federal officer's or law enforcement officer's from the Sheraton National Hotel located in Arlington, Virginia. A search of the automated indices to our central records system revealed no record responsive to this request.

The material referred to in items two through four regarding video camera recordings and/or closed circuit television (cctv) obtained by any federal official and/or law enforcement concerning the Nexcomm/Citgo gas station, Flight 77, the Virginia Department of Transportation ("VDOT") and/or the VDOT Smart Traffic Center is located in an investigative file which is exempt from disclosure pursuant to Title 5, United States Code, Section 552, subsection (b)(7)(A). For an explanation of this exemption see enclosed Form OPCA-16a. Please note if this file is reviewed under FOIPA in the future, additional exemptions may be applied at that time.

You may appeal this denial by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C., 20530, within sixty days from receipt of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

Enclosure