IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br>  Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>  Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 06-1135 (PLF)<br>)<br>)<br>)<br>) |

# EXHIBIT 3

to Defendant's Opposition To Plaintiff's Motion For
An Award of Attorneys' Fees And Litigation Expenses



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

September 13, 2006

Mr. Christopher J. Farrell
Judicial Watch, Inc.
501 School Street, SW, Suite 725
Washington, D.C. 20024

    Re: Judicial Watch v. FBI, Civil Action No. 06-1135 (PLF)
        FOIPA Request Number 1010823

Dear Mr. Farrell:

    Enclosed is a copy of the video camera recording of the impact of Flight 77 into the Pentagon made by security cameras located at the Nexcomm/Citgo gas station on September 11, 2001. This is in response to the Stipulation and Order agreed to by all parties on August 14, 2006.

    Portions of the enclosed video camera recording are exempt from disclosure pursuant to Title 5, United States Code, Section 552, subsections (b)(6) and (b)(7)(C). For an explanation of these exemptions, see enclosed Form OPCA-16a.

    You have the right to appeal any denials in this release. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U.S. Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001 within sixty days from the date of this letter.

1 - Joel D. Miller, OGC
1 - Jonathan Zimmerman, DOJ Civil Division
1 - Jacqueline Maguire, WMFO
1 - John Garvin, TDD
1 - Peggy Bellando, RMD
1 - Litigation Support Unit

DRB:drb (7)

Mr. Christopher J. Farrell

The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
Dissemination Section
Records Management Division

Enclosures (2)