IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
JUDICIAL WATCH, INC.,               )
      Plaintiff,                    )
                                    )
v.                                  )    Civil Action No. 06-1135 (PLF)
                                    )
FEDERAL BUREAU OF INVESTIGATION,    )
      Defendant.                    )
_____ )

[Proposed] ORDER

Upon consideration of plaintiff's motion for the award of attorneys' fees and litigation expenses, and the opposition thereto, it is, this _____ day of January, 2007,

ORDERED, that plaintiff's motion for the award of attorneys' fees and litigation expenses is denied.

                                               _____
                                               Paul L. Friedman
                                             United States District Judge