# **EXHIBIT 1**

**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642          Washington, D.C. 20530

JUN - 9 2006

Mr. Mario A. Calabrese
Judicial Watch
Suite 500
501 School Street, SW
Washington, DC  20024

COPY

Re:  Appeal No. 05-1456

Dear Mr. Calabrese:

This responds to your letter dated May 22, 2006, regarding the status of your administrative appeal from the action of the Federal Bureau of Investigation.

Your administrative appeal is still within our current backlog and has not yet been assigned to an attorney of this Office for processing.  Due to the large number of appeals received by this Office and the individual review given to each, it is very difficult to predict accurately when a determination will be reached on your appeal.  However, based on the average review time, we anticipate that the delay will extend at least for several weeks.

I hope this information is of assistance to you, and again, request your continued patience.

Sincerely,

Priscilla Jones
Chief, Administrative Staff

PAJ:CIH