**EXHIBIT 3**

SUPPLEMENTAL ITEMIZATION OF ATTORNEY/PARALEGAL TIME
IN JUDICIAL WATCH, INC. v. FEDERAL BUREAU OF INVESTIGATION

| Date: | Attorney | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 12/29/06 | M. Di Liberto | Review FBI's opposition; review new case law cited by FBI | 2.75 | $673.75 |
| 01/02/07 | P. Orfanedes | Review Defendant's opposition to motion for attorney's fees and costs; conference with MDL re: strategy for reply to same | 0.50 | $187.50 |
| 01/02/07 | M. Di Liberto | Begin drafting reply brief; review relevant correspondence and pleadings; legal research for reply; conference with PJO re: FBI's opposition and reply to same | 3.10 | $759.50 |
| 01/03/07 | M. Di Liberto | Continue drafting reply; analyze FBI's opposition and related documents; review videotapes | 4.25 | $1,041.25 |
| 01/04/07 | P. Orfanedes | Review and revise MDL's draft of reply to Defendant's opposition to motion for attorney's fees; conferences with MLD re: same | 1.00 | $375.00 |
| 01/04/07 | M. Di Liberto | Complete first draft of reply brief; proofread and edit same; conference with PJO re: same | 4.50 | $1,102.50 |
| 01/05/07 | P. Orfanedes | Continue to review and revise MLD's draft of reply to Defendant's opposition to motion for attorney's fees; conferences with MLD re: same; review accounting of attorney/paralegal time spent on reply memorandum; conferences with CR re: finalizing and filing reply and exhibits thereto | 3.00 | $1,125.00 |
| 01/05/07 | M. Di Liberto | Conferences with PJO re: reply; draft supplemental itemization of attorney/paralegal time for same; edit reply brief | 1.75 | $428.75 |
| 01/05/07 | C. Rotaru | Conferences with PJO re: reply brief, proofread and cite-check same; finalize and gather exhibits to same; file same | 0.75 | $86.25 |

## ATTORNEY/PARALEGAL TIME RECAP

| | | |
|---|---|---|
| Paul J. Orfanedes | 4.50 hours @ $375.00 per hour | $1,687.50 |
| Meredith L. Di Liberto | 16.35 hours @ $245.00 per hour | $4,005.75 |
| Cristina Rotaru | 0.75 hours @ $115.00 per hour | $86.25 |

**TOTAL FOR ATTORNEY/PARALEGAL TIME AND EXPENSES**     $5,779.50

## VERIFICATION

I verify, under penalty of perjury, that the foregoing Itemization of Attorney/Paralegal Time in Judicial Watch, Inc. v. U.S. Department of Justice is true and correct to the best of my knowledge and belief. Executed in Washington, D.C. on January 5, 2007.

_____
Paul J. Orfanedes

2