UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,           ) | |
|                                  ) | |
| Plaintiff,                       ) | |
|                                  ) | |
| v.                               ) | Civil Action No. 06-1135 (PLF) |
|                                  ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
|                                  ) | |
| Defendants.                      ) | |

ORDER

This matter is before the Court on plaintiff's Verified Motion for Award of Attorney's Fees and Litigation Expenses, the defendant's opposition, and plaintiff's reply. The first question for consideration is whether the plaintiff can be considered a party who has "substantially prevailed" under the Freedom of Information Act because it has "been awarded some relief by [a] court, either in a judgment on the merits or in a court's ordered consent decree." Oil, Chemical, and Atomic Workers Int'l Union, 288 F.3d 452, 456-57 (D.C. Cir. 2002) (citing Buckhannon Bd. & Care Home, Inc. v. West Virginia Dep't of Health & Human Res., 532 U.S. 598, 603 (2001)) (internal quotations omitted).

Plaintiff relies for its argument that it is such a prevailing party on three Stipulations and Agreed Orders negotiated by the parties and signed by the Court on July 21, August 18 and November 17, 2006, respectively. The Court has carefully reviewed the Stipulations and Agreed Orders and concludes that, post-Buckhannon, plaintiff cannot be considered a prevailing party by virtue of those Orders. Accordingly, it is hereby

ORDERED that plaintiff's Verified Motion [Docket 13] for Award of Attorney's Fees and Litigation Expenses is DENIED.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  May 11, 2007