IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 06-1135 (PLF) |
| ) | |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEAL

Notice is hereby given that Judicial Watch, Inc., plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the order denying Plaintiff's Verified Motion for Award of Attorney's Fees and Litigation Expenses entered in this action on May 11, 2007.

Dated: May 14, 2007

Respectfully submitted,

JUDICIAL WATCH, INC.

*/s/ Paul J. Orfanedes*
Paul J. Orfanedes
D.C. Bar No. 429716
Meredith L. Di Liberto
D.C. Bar No. 487733
Suite 500
501 School Street, S.W.
Washington, DC 20024
(202) 646-5172

Attorneys for Plaintiff

**RECEIVED**

MAY 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Court Name: District of Columbia
Receipt Number: [illegible]
Cashier ID: [illegible]
Transaction Date: 05/[illegible]/2007
Payer Name: [illegible]

NOTICE OF APPEAL / DOCKETING FEE
For: [illegible]
Amount: [illegible]

CHECK
Check/Money Order Num: [illegible] 864353
Amt Tendered: [illegible]

Total Due: [illegible]
Total Tendered: [illegible]
Change Amt: [illegible]

[illegible] was the basis [illegible] by
check [illegible]
credit of funds. [illegible] the fee or debt
officially paid or discharged. A
$45 fee will be charged for a
returned check.