# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5158**                                      **September Term, 2007**

FILED ON: APRIL 11, 2008

JUDICIAL WATCH, INC.,
    APPELLANT

v.

FEDERAL BUREAU OF INVESTIGATION,
    APPELLEE

Appeal from the United States District Court
for the District of Columbia
(No. 06cv01135)

Before: TATEL and GARLAND, *Circuit Judges*, and EDWARDS, *Senior Circuit Judge*.

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby reversed and the case is remanded, in accordance with the opinion of the court filed herein this date.

**Per Curiam**



**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/

Michael C. McGrail
Deputy Clerk

Date: April 11, 2008

Opinion for the court filed by Circuit Judge Tatel.

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk