IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-1135 (PLF) |
| ) | |
| v. ) | |
| ) | |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**JOINT STATUS REPORT**

In accordance with the Court's Order of June 17, 2008, plaintiff Judicial Watch, Inc., and defendant Federal Bureau of Investigation (FBI), by counsel, hereby provide a joint status report. This case is currently before the Court following remand by the Court of Appeals for the District of Columbia Circuit. *See Judicial Watch v. Federal Bureau of Investigation*, No. 07-5158 (D.C. Cir. Apr. 11, 2008). On remand, the sole remaining issue in this case is that of whether or not plaintiff is entitled to attorneys' fees in connection to this matter. The parties wish to explore the possibility of settling this issue and have already begun preliminary negotiations. Accordingly, the parties request that the Court permit them 30 days, until August 4, 2008, to attempt to reach a settlement in this matter. If the parties are unable to reach a settlement by that date, they will provide the Court with a proposed briefing schedule at that time.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | GREGORY G. KATSAS |
| PAUL J. ORFANEDES | Assistant Attorney General |
| D.C. Bar No. 429716 | JEFFREY A. TAYLOR |
| Judicial Watch, Inc. | United States Attorney |
| Suite 500 | ELIZABETH J. SHAPIRO |
| 501 School Street, S.W. | Assistant Director |
| Washington, DC 20024 | |
| Phone: (202) 646-5172 | _____/s/_____ |
| Fax: (202) 646-5199 | JONATHAN E. ZIMMERMAN |
| Email: porfanedes@judicialwatch.org | MA Bar No. 654255 |
| | Trial Attorney |
| *Attorneys for Plaintiff* | Civil Division -- Federal Programs Branch |
| | U.S. Department of Justice |
| | 20 Massachusetts Ave., N.W., Rm. 7116 |
| | Washington, DC 20530 |
| | Phone: (202) 353-0441 |
| | Fax: (202) 318-7610 |
| | Email: jonathan.zimmerman@usdoj.gov |
| | |
| | *Attorneys for Defendant* |

Dated: July 2, 2008