IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.            ) | |
| ) | |
| Plaintiff,      ) | Civil Action No.  06-1135 (PLF) |
| ) | |
| v.                                          ) | |
| ) | |
| FEDERAL BUREAU OF           ) | |
| INVESTIGATION,                      ) | |
| ) | |
| Defendant.    ) | |
| _____) | |

## SECOND JOINT STATUS REPORT

In accordance with the Court's Order of July 3, 2008, plaintiff Judicial Watch, Inc., and defendant Federal Bureau of Investigation (FBI), by counsel, hereby provide a second joint status report.  This case is currently before the Court following remand by the Court of Appeals for the District of Columbia Circuit.  See *Judicial Watch v. Federal Bureau of Investigation*, No. 07-5158 (D.C. Cir. Apr. 11, 2008).  On remand, the sole remaining issue in this matter is that of whether or not plaintiff is entitled to attorneys' fees in this case.  The parties have been actively pursuing settlement of this matter but have not yet concluded those discussions.  Accordingly, the parties request that the Court permit them until September 4, 2008, to conclude settlement discussions in this matter.  If the parties are unable to reach a settlement by that date, they will provide the Court with a proposed briefing schedule at that time.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | GREGORY G. KATSAS |
| PAUL J. ORFANEDES | Assistant Attorney General |
| D.C. Bar No. 429716 | JEFFREY A. TAYLOR |
| Judicial Watch, Inc. | United States Attorney |
| Suite 500 | ELIZABETH J. SHAPIRO |
| 501 School Street, S.W. | Assistant Director |
| Washington, DC 20024 | |
| Phone: (202) 646-5172 | _____/s/_____ |
| Fax: (202) 646-5199 | JONATHAN E. ZIMMERMAN |
| Email: porfanedes@judicialwatch.org | MA Bar No. 654255 |
| | Trial Attorney |
| *Attorneys for Plaintiff* | Civil Division -- Federal Programs Branch |
| | U.S. Department of Justice |
| | 20 Massachusetts Ave., N.W., Rm. 7116 |
| | Washington, DC 20530 |
| | Phone: (202) 353-0441 |
| | Fax: (202) 318-7610 |
| | Email: jonathan.zimmerman@usdoj.gov |
| | |
| | *Attorneys for Defendant* |

Dated: August 4, 2008