IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  06-1135 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## THIRD JOINT STATUS REPORT

In accordance with the Court's Order of August 13, 2008, plaintiff Judicial Watch, Inc., and defendant Federal Bureau of Investigation (FBI), by counsel, hereby provide a third and final joint status report.  This case is currently before the Court following remand by the Court of Appeals for the District of Columbia Circuit.  See *Judicial Watch v. Federal Bureau of Investigation*, No. 07-5158 (D.C. Cir. Apr. 11, 2008).  On remand, the sole remaining issue in this matter is whether plaintiff is entitled to attorney's fees in this case.  The parties have reached a settlement regarding this issue and agree that this case should now be dismissed with prejudice.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | GREGORY G. KATSAS |
| PAUL J. ORFANEDES | Assistant Attorney General |
| D.C. Bar No. 429716 | JEFFREY A. TAYLOR |
| Judicial Watch, Inc. | United States Attorney |
| Suite 500 | JOHN R. TYLER |
| 501 School Street, S.W. | Senior Trial Counsel |
| Washington, DC 20024 | Federal Programs Branch |
| Phone:  (202) 646-5172 | |
| Fax:  (202) 646-5199 | _____/s/_____ |
| Email:  porfanedes@judicialwatch.org | JONATHAN E. ZIMMERMAN |
| | MA Bar No. 654255 |
| *Attorney for Plaintiff* | Trial Attorney |
| | Civil Division -- Federal Programs Branch |
| | U.S. Department of Justice |
| | 20 Massachusetts Ave., N.W., Rm. 7116 |
| | Washington, DC  20530 |
| | Phone: (202) 353-0441 |
| | Fax:  (202) 318-7610 |
| | Email:  jonathan.zimmerman@usdoj.gov |
| | |
| | *Attorneys for Defendant* |

Dated: September 3, 2008